IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT LEROY WERNER II,  :  <br> Petitioner,  : <br>  : <br> v.  : <br>  : <br> UNITED STATES OF AMERICA,  : <br> Respondent.  : | 1:14-cv-1751 <br><br> Hon. John E. Jones III |

## ORDER

### November 4, 2014

**NOW, THEREFORE,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED** without prejudice.

2. The Clerk of Court is directed to **CLOSE** this case.

                                                    s/ John E. Jones III
                                                    John E. Jones III
                                                    United States District Judge